UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
ANN AROBR DIVISION

CASE NO.: 2:21-cv-10083

PANORAMIC STOCK IMAGES, LTD.,
DBA PANORAMIC IMAGES,

        Plaintiff,

v.

BIG ROB'S BAIL BOND AGENCY LLC,

        Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff PANORAMIC STOCK IMAGES, LTD., DBA PANORAMIC IMAGES by and through its undersigned counsel, brings this Complaint against Defendant BIG ROB'S BAIL BOND AGENCY LLC for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff PANORAMIC STOCK IMAGES, LTD., DBA PANORAMIC IMAGES ("Panoramic") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Panoramic's original copyrighted Work of authorship in its Work.

2. Panoramic has specialized in wide and large-format panoramic photography for over 25 years. Their global roster of acclaimed photographers captures the world in awe-inspiring size to create a collection of international images: city skylines, landscapes, travel, lifestyles, cultural heritage, world destinations and aerials.

3. Defendant BIG ROB'S BAIL BOND AGENCY LLC ("Bail-Bond") is a bail bond agency. Bail-Bond owns and or operates a website located at the URL https://big-robs-bail-bond-agency-llc.business.site/ (the "Website").

4. Panoramic alleges that Bail-Bond copied Panoramic's copyrighted Work from the internet in order to advertise, market and promote its business activities on the Website. Bail-Bond committed the violations alleged in connection with Bail-Bond's business for purposes of advertising and promoting sales to the public in the course and scope of the Bail-Bond's business.

**JURISDICTION AND VENUE**

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Michigan.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

**DEFENDANT**

9. Big Rob's Bail Bond Agency LLC is a Michigan Limited Liability Company, with its principal place of business at 2034 E State Fair Ave, Detroit, MI 48205, and can be served by serving its Registered Agent, Robert Lefevere, 44462 Bayview Ave, Apt. 16305, Clinton Twp, MI 48035.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2000, Panoramic created the photograph entitled 68959, which is shown below and referred to herein as the "Work".

11. Panoramic registered the Work with the Register of Copyrights on January 22, 2018 and was assigned the registration number VA 2-085-940.  The Certificate of Registration is attached hereto as Exhibit 1.

12. Panoramic's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.



13. At all relevant times Panoramic was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

14. Bail-Bond has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Bail-Bond copied the Work and displayed the work as the banner image on the homepage of the Website.

16. On or about December 4, 2019, Panoramic discovered the unauthorized use on the Website.

17. Bail-Bond copied Panoramic's copyrighted Work without Panoramic's permission.

18. After Bail-Bond copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its web page's general use along with use of a map for find the company location.

19. Bail-Bond copied and distributed Panoramic's copyrighted Work in connection with Bail-Bond's business for purposes of advertising and promoting Bail-Bond's business, and in the course and scope of advertising and selling products and services.

20. Panoramic's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. Bail-Bond committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

22. Panoramic never gave Bail-Bond permission or authority to copy, distribute or display the Work at issue in this case.

23. Panoramic notified Bail-Bond of the allegations set forth herein on August 5, 2020 and August 21, 2020.  To date, Bail-Bond has failed to respond to Plaintiff's Notices. Copies of the Notices to Bail-Bond are attached hereto as Exhibit 3.

## COUNT I
## COPYRIGHT INFRINGEMENT

24. Panoramic incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Panoramic owns a valid copyright in the Work at issue in this case.

26. Panoramic registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. Bail-Bond copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Panoramic's authorization in violation of 17 U.S.C. § 501.

28. Bail-Bond performed the acts alleged in the course and scope of its business activities.

29. Bail-Bond's acts were willful.

30. Panoramic has been damaged.

31. The harm caused to Panoramic has been irreparable.

WHEREFORE, the Plaintiff Panoramic Stock Images, Ltd., dba Panoramic Images prays for judgment against the Defendant Big Rob's Bail Bond Agency LLC that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff its actual damages and Bail-Bond's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: January 11, 2021					Respectfully submitted,

								*/s/ Joseph A. Dunne*
								JOSEPH A. DUNNE
								Joseph.dunne@sriplaw.com
								**SRIPLAW**
								125 Maiden Lane
								Suite 5C
								New York, NY  10038
								929.200.8446 – Telephone
								561.404.4353 – Facsimile

								and

								JOEL B. ROTHMAN
								joel.rothman@sriplaw.com
								**SRIPLAW**
								21301 Powerline Road
								Suite 100
								Boca Raton, FL  33433
								561.404.4350 – Telephone
								561.404.4353 – Facsimile

								*Attorneys for Plaintiff Panoramic Stock Images, Ltd., dba Panoramic Images*