# Exhibit 3



Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

August 5, 2020

**VIA EMAIL:  bigrobsbailbond@gmail.com**
Mr. Robert Lefevere
Big Rob's Bail Bond Agency LLC
44462 Bayview Avenue
Apt. 16305
Clinton Township, MI 48038

Re:   Panoramic Stock Images, Ltd. dba Panoramic Images v. Big Rob's Bail Bond Agency LLC
       Our File No.:  00455-0038

Dear Mr. Lefevere,

**We are a law firm making a claim on behalf of our client.  We know that this is reaching you during a difficult and trying time and that you may have more pressing concerns. We appreciate that responding to this letter may not be your first priority.  However, we must receive a response from you so that we know that you are taking this matter seriously, even if you need more time to hire a lawyer or report this claim to your insurance carrier.  If we hear from you then we can work with you to understand your position and resolve our client's claim. Please respond to us.**

We write on behalf of our client Panoramic Stock Images, Ltd., dba Panoramic Images, a photograph licensing agent, for purposes of resolving a case of copyright infringement against you by our client.  This demand is privileged from disclosure pursuant to FRE Rule 408.

Please provide this letter to your general liability insurance carriers or other providers of insurance that may cover this claim and refer them to the enclosed demand pursuant to § 627.4137, Florida Statutes, for insurance information in this matter.

Panoramic Stock Images, Ltd., dba Panoramic Images *("PSI")*
PSI has specialized in wide and large-format panoramic photography for over 25 years. Their global roster of acclaimed photographers captures the world in awe-inspiring size to create a collection of international images: city skylines, landscapes, travel, lifestyles, cultural heritage, world destinations and aerials.

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 1801 Century Park East Suite 1100 Los Angeles, CA 90067 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd. Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Mr. Robert Lefevere
Big Rob's Bail Bond Agency LLC
August 5, 2020
Page 2

PSI retains all copyrights to his photographs.  PSI licenses their copyrighted Works, such as the one in this case, for commercial use.

Richard Sisk created the image, hereinafter referred to as the "Work."

The Work at issue is shown below.



PSI registered the Work with the Register of Copyrights on January 22, 2018 and was assigned the registration number VA 2-085-940, a copy of which is enclosed.

*Infringement by Big Rob's Bail Bond Agency LLC ("BRBB")*
We have enclosed contemporaneous evidence of the infringement by BRBB.   In addition to the infringement, Sisk's photograph was very obviously cropped as shown on the attached.  You have employed our client's Work in at least the manner indicated in the evidence attached.  Your unauthorized use commenced on at least the date indicated above.  You are fully aware that the Work you used is our client's Work.  No one from your company ever sought a license from our client to use the Work for any purpose.

You have copied, displayed and distributed our client's Work without permission, license or consent.  The use of a creator's photographic image without written consent or license violates the United States Code, Title 17, and The Copyright Act.  The Copyright Act provides for entry of an injunction directing removal of the offending materials pending litigation.  This letter shall serve as formal notice that you immediately cease and desist all unauthorized uses of our client's Work.  Any such further uses shall be at your peril.

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's Work, please provide us with this evidence so

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 1801 Century Park East | 12 Powder Springs St. | 21301 Powerline Rd. | 818 18th Ave. S. | 125 Maiden Lane |
| Suite 1100 | Suite 200 | Suite 100 | 10th Floor | Suite 5C |
| Los Angeles, CA 90067 | Marietta, GA 30064 | Boca Raton, FL 33433 | Nashville, TN 37203 | New York, NY 10038 |

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Robert Lefevere
Big Rob's Bail Bond Agency LLC
August 5, 2020
Page 3

we may avoid further controversy or litigation. Otherwise, we will be forced to assume that your use violated the law.

*Damages*

Copyright law provides several different elements of compensation to Sisk when a work is infringed or altered. Section 504 permits Sisk to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed if the registration predated the infringement. Sisk can present both damages theories to the jury and select the higher award any time prior to entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales. Sisk's photographs are of the highest quality. Sisk's photographs are also scarce since he is one of the only sources of such quality photographs.

Sisk's damages are not limited to what he would have agreed to license the Work for prior to the infringement. Rather, Sisk's actual damages will be measured by the fair market value of the photograph considering BRBB's use to sell and promote its business. Sisk's actual damages must be measured in light of BRBB's use of Sisk's high quality and unique Work.

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement. See, e.g., *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001). The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs. See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016). In addition, Sisk can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 of the Copyright Act permits Sisk to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, Sisk will also be entitled to BRBB's profits from the infringement, based upon the revenue BRBB earned in connection with the use of Sisk's Work.

Alternatively, Sisk could seek statutory damages for infringement in an amount of up to $30,000 per work infringed if the registration predated the infringement. There is also the possibility that a judge or jury could determine that BRBB's infringement was

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350 | Fax: 561.404.4353 | www.sriplaw.com | info@sriplaw.com

Mr. Robert Lefevere
Big Rob's Bail Bond Agency LLC
August 5, 2020
Page 4

willful. If BRBB's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

There is also the issue of the removal of Sisk's copyright management information. 17 USC 1203(c)(3)(B) permits Sisk to recover statutory damages of not less than $2,500 or more than $25,000 per violation of the prohibition against alteration or removal of copyright management information contained in Section 1202. Based upon BRBB's removal of Sisk's CMI, Sisk will seek the maximum statutory damages of $25,000 per photograph against BRBB for this violation.

*Demand*

In order to determine how to proceed, please provide us with information and documents showing:

1. the full nature and extent of the use of our client's Work, in any and all formats;

2. representative copies in any and all tangible form and media in which our client's Work was incorporated or employed; and

3. the source of the Work.

Upon receipt of this information we will consider and determine an appropriate amount required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers. If we do not receive a response from you or a representative by August 19, 2020, we will take further steps to protect our client's rights. We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/jha
Enclosures

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 1801 Century Park East Suite 1100 Los Angeles, CA 90067 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd. Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350 | Fax: 561.404.4353 | www.sriplaw.com | info@sriplaw.com



Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

August 21, 2020

**VIA EMAIL:  bigrobsbailbond@gmail.com**
Mr. Robert Lefevere
Big Rob's Bail Bond Agency LLC
44462 Bayview Ave
Apt. 16305
Clinton Township, MI 48038

**Re:   Panoramic Stock Images, Ltd., dba Panoramic Images v. Big Rob's Bail Bond Agency LLC**
**Our File No.:  00455-0038**

Dear Mr. Lefevere,

**We are a law firm making a claim on behalf of our client.  We know that this is reaching you during a difficult and trying time and that you may have more pressing concerns. We appreciate that responding to this letter may not be your first priority.  However, we must receive a response from you so that we know that you are taking this matter seriously, even if you need more time to hire a lawyer or report this claim to your insurance carrier.  If we hear from you then we can work with you to understand your position and resolve our client's claim. Please respond to us.**

We write this follow up letter on behalf of our client Panoramic Stock Images, Ltd., dba Panoramic Images for the purposes of resolving a case of copyright infringement against you by our client.  This demand is privileged from disclosure pursuant to FRE Rule 408.

Enclosed please find our prior letter dated August 6, 2020, wherein we detailed the basis of the copyright infringement claim against you, including the evidence of infringement.

We note that a review of the accused infringing webpage shows that the infringement has not been removed.  It is imperative that you respond to us.  If we do not hear from you, we will be forced to take further steps to protect our client's rights, including filing

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
| --- | --- | --- | --- | --- |
| 1801 Century Park East Suite 1100 Los Angeles, CA 90067 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd. Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Robert Lefevere
Big Rob's Bail Bond Agency LLC
August 21, 2020
Page 2

a lawsuit against you.  We also repeat our demand that you tender this claim to your insurance carrier.

We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/jmb

CALIFORNIA
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

GEORGIA
12 Powder Springs St.
Suite 200
Marietta, GA 30064

FLORIDA
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

TENNESSEE
818 18th Ave. S.
10th Floor
Nashville, TN 37203

NEW YORK
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com